W. Kirk Moore, Esq. #244761
586 N. 1st St. Ste. 202
San Jose, CA 95112
(408)998-1846- telephone
(408)583-4063- fax

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                              ) Case No.: 16-52062 MEH13
                                                    ) Chapter 13
Anthony Galvan                                      ) DECLARATION OF DEBTOR
     Debtor.                                      ) REGARDING CHAPTER 13 PLAN STEP-
                                                    ) UP PAYMENT

I, Anthony Galvan, hereby declare the following:

1. I am the debtor in this chapter 13 case.

2. I propose to pay a Chapter 13 plan payment of $1,000.00 per month for the first twelve (12) months of my plan, followed by $2,030.00 per month for the final forty-eight (48) months of the Chapter 13 plan.

3. The reason I will be able to afford this step up payment in three months is because I will cut some household expenses.

4. Additionally, I plan to rent rooms in my home and expect to have them rented by March 2017.

5. I expect to receive approximately $1,030.00 in rental income, as I have 3 rooms to rent.

I declare that these statements are true and correct under penalty of perjury under the laws of the United States.

Executed at San Jose, California

Dated: ___9/2/16_____        /s/ Anthony Galvan_____
                             Anthony Galvan